Matthew F. Holmberg
Attorney at Law: 321167
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
VALERIE ANN PATTERSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE ANN PATTERSON<br><br>      Plaintiff,<br><br>v.<br><br>Andrew Saul,<br>Commissioner of Social Security<br><br>      Defendant. | Case No.: 1:19-cv-00174-SKO<br><br>ORDER EXTENDING BRIEFING SCHEDULE<br><br>(Doc. 12) |

Based upon the stipulation of the parties (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including November 2, 2019, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the February 12, 2019 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **September 23, 2019**     /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE