McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | | |
|---|---|---|
| VALERIE ANN PATTERSON, | ) | Case No. 1:19-cv-00174-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND ORDER** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Opening Brief up to and including January 16, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant requests this extension due to an extremely heavy workload, including more than one-hundred (100) active cases in district court, along with scheduled use-or-lose leave at the end of the year. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: December 2, 2019  /s/ *Matthew Franklin Holmberg*\*
Matthew Franklin Holmberg
(*\* authorized by email*)
Attorney for Plaintiff

Dated: December 2, 2019  McGREGOR W. SCOTT
United States Attorney

By:  /s/ *Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 15), for good cause shown, Defendant shall file his responsive brief by no later than January 16, 2020. All other deadlines in the scheduling order, (Doc. 5), are modified accordingly.

IT IS SO ORDERED.

Dated:  **December 2, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2 – Stipulation and Order Extending Def's Time